| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>HUCK, PAUL C. | 2. Court or Organization<br><br>SD - FL | 3. Date of Report<br><br>05/12/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>1/1/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>90 N.E. FOURTH STREET<br>SUITE 1067<br>MIAMI, FLORIDA 33132 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Huck, Paul C.

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 05/12/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | UNIVERSITY OF MIAMI | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | SELF EMPLOYED - SMALL BUSINESS OWNER |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 05/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | GIBRALTAR BANK FSB - CHECKING & MONEY MARKET | A | Interest | J | T | | | | | |
| 2. | FRANKLIN STREET PROPERTIES (F/K/A FSP COLLINS CROSSING | C | Dividend | J | T | | | | | |
| 3. | OMAN TRUSTEE - SW▓▓▓ FORMERLY HERRERA | . | None | L | T | | | | | |
| 4. | OMAN TRUSTEE - NW▓▓▓ LLC | | None | M | T | | | | | |
| 5. | OMAN TRUSTEE - SW▓▓▓ LLC | | None | K | T | | | | | |
| 6. | OMAN TRUSTEE - WALDEN (5) | | None | J | T | | | | | |
| 7. | OMAN TRUSTEE - MORTGAGE TR 1 | | None | L | T | | | | | |
| 8. | OMAN TRUSTEE - MORTGAGE TR 2 | | None | N | T | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | ***MORGAN KEEGAN --- PCH | | | | | | | | | |
| 13. | MONEY MKT - DREYFUS FD | A | Dividend | J | T | | | | | |
| 14. | FL HURRICANE CAT FD FIN CORP | C | Interest | M | T | | | | | |
| 15. | FL STATE BRD ED SER A | C | Interest | M | T | | | | | |
| 16. | FL STATE GOVT UTIL | B | Interest | L | T | | | | | |
| 17. | GWINNETT CNTY GA SCH DIST | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>PJ =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ISHARES GS INVEST OP | B | Interest | L | T | Buy | 08/27/10 | L | | |
| 19. ISHARES TR IBOXX | B | Dividend | L | T | Buy | 08/27/10 | L | | |
| 20. JACKSONVILLE FL EXCISE TAXES SER A | C | Interest | M | T | | | | | |
| 21. JOHNSON CITY TENN | B | Interest | L | T | | | | | |
| 22. PIMCO TOTAL RET CLASS C | C | Interest | M | T | Buy | 06/28/10 | L | | |
| 23. STATE OF MISS OBLIGATIONS | C | Interest | L | T | | | | | |
| 24. VOLUSIA CNTY FL PUB IMP | C | Interest | M | T | | | | | |
| 25. FPA NEW INCOME INC | C | Dividend | | | Sold | 08/25/10 | L | | |
| 26. ISHARES TR ETF | A | Interest | | | Sold | 05/19/10 | K | | |
| 27. MIAMI DADE CNTY HLTH FACS | B | Interest | | | Redeemed | 08/16/10 | K | | |
| 28. PIMCO CORP OPPORTUNITY | A | Dividend | | | Buy | 04/05/10 | J | | |
| 29. PIMCO CORP OPPORTUNITY | A | Dividend | | | Sold | 06/02/10 | J | | |
| 30. | | | | | | | | | |
| 31. *** MORGAN KEEGAN --- DHH | | | | | | | | | |
| 32. MONEY MARKET - DREYFUS FUND | A | Dividend | J | T | | | | | |
| 33. MONEY MARKET - DREYFUS FUND | A | Dividend | M | T | | | | | |
| 34. AFLAC CORP | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AIG MULTI CPN PFD | C | Dividend | K | T | Buy | 06/24/10 | K | | |
| 36. BANK OF AMERICA | C | Interest | L | T | | | | | |
| 37. CANADIAN NAT RES | A | Dividend | K | T | Buy | 06/21/10 | K | | |
| 38. CERNER CORP | | None | K | T | Buy | 02/17/10 | K | | |
| 39. CHURCH & DWIGHT | A | Dividend | K | T | | | | | |
| 40. DUPONT & CO | A | Dividend | K | T | Buy | 12/28/10 | K | | |
| 41. EXXON MOBIL | B | Dividend | L | T | | | | | |
| 42. FEDEX | A | Dividend | K | T | | | | | |
| 43. FORD MOTOR CO | A | Dividend | K | T | Sold (part) | 03/15/10 | J | B | |
| 44. IBM | B | Dividend | M | T | | | | | |
| 45. JETBLUE AIRWAYS | | None | J | T | Buy | 10/04/10 | J | | |
| 46. JP MORGAN CHASE | A | Dividend | K | T | | | | | |
| 47. PIMCO TOTAL RETURN | C | Dividend | M | T | | | | | |
| 48. RACKSPACE HOSTING | | None | K | T | Buy | 09/24/10 | J | | |
| 49. RSC HOLDINGS | | None | K | T | Buy | 03/18/10 | K | | |
| 50. SOTHEBYS HOLDING | | None | K | T | Buy | 12/07/10 | K | | |
| 51. SOUTHERN CO | A | Dividend | K | T | Sold (part) | 01/21/10 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. STARBUCKS | A | Dividend | K | T | Buy | 06/15/10 | K | | |
| 53. SYMANTEC CORP | | None | K | T | Buy | 11/22/10 | K | | |
| 54. XEROX CORP | A | Dividend | K | T | Buy | 09/17/10 | K | | |
| 55. FORD MOTOR CREDIT | | None | | | Buy | 05/06/10 | K | | |
| 56. FORD MOTOR CREDIT | | None | | | Redeemed | 12/23/10 | K | A | |
| 57. MCMORAN EXPL | | None | | | Buy | 02/08/10 | K | | |
| 58. MCMORAN EXPL | | None | | | Sold | 03/08/10 | K | A | |
| 59. MWI VET SUPPLY | | None | | | Buy | 07/14/10 | K | | |
| 60. MWI VET SUPPLY | | None | | | Sold | 08/03/10 | K | | |
| 61. PACTIV CORP | | None | | | Buy | 04/26/10 | J | | |
| 62. PACTIV CORP | | None | | | Sold | 05/21/10 | J | A | |
| 63. QUALCOMM | | None | | | Buy | 01/05/10 | K | | |
| 64. QUALCOMM | | None | | | Sold | 02/03/10 | K | | |
| 65. ROBERT HALF INTL | A | Dividend | | | Buy | 03/05/10 | K | | |
| 66. ROBERT HALF INTL | | None | | | Sold | 07/16/10 | K | | |
| 67. THE SCOTTS CO | | None | | | Buy | 08/23/10 | K | | |
| 68. THE SCOTTS CO | | None | | | Sold | 12/14/10 | K | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
   (See Column C2)            U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. AES CORP | | None | | | Sold | 03/05/10 | K | | |
| 70. ALLERGAN INC | | None | | | Sold | 05/19/10 | K | | |
| 71. AMERICAN TOWER SYSTEMS | | None | | | Sold | 02/18/10 | J | D | |
| 72. CITIGROUP INC | | None | | | Sold | 04/15/10 | J | | |
| 73. DUKE ENERGY HOLDING | | None | | | Sold | 01/15/10 | J | | |
| 74. EXPRESS SCRIPTS INC | | None | | | Sold | 02/02/10 | K | D | |
| 75. FLEXTRONICS INTL | | None | | | Sold | 02/22/10 | J | | |
| 76. FPL GROUP | | None | | | Sold | 01/15/10 | K | B | |
| 77. RED HAT INC | | None | | | Sold | 04/01/10 | J | C | |
| 78. TERADYNE INC | | None | | | Sold | 01/05/10 | J | | |
| 79. TYCO INTERNATIONAL | | None | | | Sold | 05/25/10 | K | B | |
| 80. | | | | | | | | | |
| 81. *** MORGAN KEEGAN (IRA) PCH | | | | | | | | | |
| 82. MONEY MKT FD - DREYFUS | A | Interest | M | T | | | | | |
| 83. ASTRA ZENECA PLC | C | Interest | L | T | | | | | |
| 84. AT&T INC | C | Interest | L | T | | | | | |
| 85. BANK OF AMERICA CORP | B | Interest | K | T | Buy | 03/02/10 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BANK OF AMERICA CORP | C | Interest | L | T | Buy | 02/10/10 | L | | |
| 87. GOLDMAN SACHS GROUP | C | Interest | L | T | | | | | |
| 88. IBM CORP BK | B | Interest | M | T | Buy | 01/04/10 | M | | |
| 89. ISHARES GS INVESTOP | C | Interest | L | T | Buy | 08/27/10 | L | | |
| 90. ISHARES RUS MCAP INDEX VAL | B | Dividend | K | T | Sold (part) | 08/27/10 | K | D | |
| 91. ISHARES TR RUS 1000 GRWTH INDEX | A | Dividend | K | T | Sold (part) | 08/27/10 | K | C | |
| 92. JP MORGAN CHASE | C | Interest | L | T | | | | | |
| 93. MORGAN STANLEY DW | D | Interest | M | T | | | | | |
| 94. PIMCO TOT RET FD A | D | Dividend | N | T | Buy (add'l) | 05/24/10 | L | | |
| 95. TEMPLETON GLOBAL BD FD | B | Dividend | L | T | Buy | 12/10/10 | L | | |
| 96. SPDR S&P DEP RCPT TRADES/QUOTES | A | Dividend | | | Sold | 01/07/10 | L | | |
| 97. FPA NEW INCOME INC | D | Dividend | | | Sold | 11/26/10 | M | | |
| 98. ISHARES RUS MCAP INDEX | | None | | | Sold | 05/29/10 | K | D | |
| 99. ISHARES TR IBOXX | C | Interest | | | Sold | 02/17/10 | M | E | |
| 100. PIMCO CORP OPP FD | A | Dividend | | | Buy | 02/08/10 | K | | |
| 101. PIMCO CORP OPP FD | | None | | | Sold | 12/14/10 | K | | |
| 102. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  *** LIMITED PARTNERSHIPS | | | | | | | | | |
| 104.  ALTAMONTE INV LLC | | None | M | T | | | | | |
| 105.  ALTAMONTE INV II, LLC | | None | K | T | | | | | |
| 106.  ENCLAVE AT RPB LTD | A | Interest | J | T | | | | | |
| 107.  EZGREEN ASSOC LLC | | None | J | T | | | | | |
| 108.  HOMESTEAD 5 LLC - MULTIPLE RENTAL PROP | A | Rent | L | W | | | | | |
| 109.  HTG CRYSTAL COVE LLC | A | Interest | M | T | | | | | |
| 110.  LAKEHOUSE I LTD - MULTIPLE RENTAL PROP | D | Rent | K | W | | | | | |
| 111.  RASCON ASSOC LTD | A | Interest | L | T | | | | | |
| 112.  22 LANTERN LLC CLASS B | | None | K | T | | | | | |
| 113.  22 LANTERN LLC CLASS C | | None | K | T | | | | | |
| 114.  22 LANTERN LLC CLASS D | | None | K | T | | | | | |
| 115.  NW 6, LLC | C | Interest | M | T | | | | | |
| 116.  SW 214 LLC | | None | M | T | | | | | |
| 117.  TR-1, LLC | B | Interest | L | T | | | | | |
| 118.  TR-2, LLC | D | Interest | M | T | | | | | |
| 119.  PRESERVE AT SAN LUIS LLC | | None | | | Distributed | 01/01/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ PAUL C. HUCK

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544